JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATALIN LAURENTIU BOTA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01948-GMN-DJA<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Plaintiff Catalin Laurentiu Bota and Defendants Alejandro Mayorkas, Secretary of Homeland Security, US Department of Homeland Security, Ur M. Jaddou, Acting Director of U.S. Citizenship and Immigration Services, United States Citizenship and Immigration Services and United States of America ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiff filed his Complaint on November 22, 2023.

Plaintiff served the United States with a copy of the Complaint via Certified Mail on November 30, 2023.

The current deadline for the United States to respond to the Plaintiffs' Complaint is on January 29, 2024.

Plaintiff and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 45-day extension of time, from January 29, 2024, to March 14, 2024, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the first request for an extension of time.

Plaintiff's interview regarding his petition is scheduled on January 23, 2024. The additional 45 days are necessary to complete the interview process and the request for any additional information regarding the plaintiff's petition with the United States Citizenship and Immigration Services.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to March 14, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 17th day of January, 2024.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/Gary Fink*<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/18/2024