1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar Number 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov
   *Attorneys for Federal Defendants*
7

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10 CATALIN LAURENTIU BOTA,              Case No. 2:23-cv-01948-GMN-DJA

11             Plaintiff,               ~~Stipulation and~~ **Order**

12      v.                              **(Second Request)**

13 ALEJANDRO MAYORKAS, in his official
   capacity as Secretary of Homeland Security,
14 U.S. DEPARTMENT OF HOMELAND
   SECURITY, UR M. JADDOU, in her
15 official capacity as Acting Director of U.S.
   Citizenship and Immigration Services, U.S.
16 CITIZENSHIP AND IMMIGRATION
   SERVICES, the UNITED STATES OF
17 AMERICA and JOHN DOES I through
   XX, inclusive,
18
                Defendants.
19

20      Plaintiff Catalin Laurentiu Bota and Defendants Alejandro Mayorkas, Secretary of

21 Homeland Security, US Department of Homeland Security, Ur M. Jaddou, Acting

22 Director of U.S. Citizenship and Immigration Services, United States Citizenship and

23 Immigration Services and United States of America ("Federal Defendants"), hereby

24 stipulate and agree as follows:

25      Plaintiff filed his Complaint on November 22, 2023.

26      Plaintiff served the United States with a copy of the Complaint via Certified Mail on

27 November 30, 2023.

28

The current deadline for the United States to respond to the Plaintiffs' Complaint is on March 14, 2024.

Plaintiff and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 90-day extension of time, from March 14, 2024, to June 12, 2024, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the second request for an extension of time.

Defense counsel was informed by United States Citizenship and Immigration Services that it is waiting on a response from Plaintiff to a Notice it issued on February 15, 2024. The extension is needed to allow time for plaintiff to submit his response, and for the immigration officer to review the evidence and issue a decision.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to June 12, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 11th day of March, 2024.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/Gary Fink*<br>GARY FINK, ESQ.<br>Nevada Bar No. 8064<br>3365 Pepper Lane, Suite #102<br>Las Vegas, Nevada 89120<br>*Attorney for Plaintiffs* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 12, 2024